Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

FILED'10 JAN 04 15:15USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ROBERTA A. SPELATZ,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 06-6118-HA
9th Circuit CA No. 08-35103

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

      After considering the Motion for Attorney Fees herein, Order is hereby granted in the sum of $12,250.14 plus $1126.90 costs as full settlement of all claims under EAJA, which Commissioner shall pay to Plaintiff's attorney.

      IT IS SO ORDERED this day of ~~December~~ Jan 4, 20~~09~~10.

                            /s/ Ancer L. Haggerty
                            U.S. District Judge

PRESENTED BY:

By:  /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA